UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 3:11-00012-8 |
| **v.** ) | Judge Sharp |
| ) | |
| **GREGORY BROOKS** ) | |
| ) | |

**O R D E R**

Pending before the Court is the United States' Motion to Continue Sentencing (Docket No. 1884) to which the Defendant does not oppose.

The motion is GRANTED and the sentencing set for October 28, 2013, is hereby rescheduled for Friday, January 10, 2014, at 10:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE